Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERNESTO PECSON,<br><br>　　　　　　Defendant.<br>_____/ | No.  CR 04-40182 MJJ<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING HEARING |

　　　　The government and Defendant Ernesto Pecson hereby stipulate as follows:

　　　　　　1. The parties are currently scheduled for sentencing on a supervised release violation on November 9, 2007 at 2:30 p.m. before the Hon. Martin J. Jenkins.

　　　　　　2. Defense counsel for Mr. Pecson has a scheduling conflict and is unable to appear on November 9th.

　　　　　　3. The present matter has been trailing disposition in docket 06-00457 VRW.  On August 14, 2007, Mr. Pecson was sentenced on docket 06-00457 to a term of 77 months.  Given

STIPULATION AND ORDER
CR 04-40182 MJJ　　　　　　　　　　　1

1  the fact that Mr. Pecson is currently serving a 6 ½ year sentence, a short continuance in this
2  matter would not prejudice his case.
3
4          4. Due to defense counsel's unavailability, the parties stipulate that the sentencing
5  hearing currently scheduled for November 9, 2007 be vacated and rescheduled for December 21,
6  2007 at 2:30 p.m.
7
8          IT IS SO STIPULATED.
9
10  DATED:  November 7, 2007                    _____/s/_____
11                                              TRACIE BROWN
                                                Assistant United States Attorney
12
13
14  DATED:  November 7, 2007                    _____/s/_____
                                                CAMELLIA BARAY
15                                              Attorney for Ernesto Pecson
16
17          IT IS SO ORDERED.
18
19  DATED: 11/09/07                             _____
20                                              THE HON. MARTIN J. JENKINS
                                                UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28
STIPULATION AND ORDER
CR 04-40182 MJJ                                  2