SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-40182 MJJ |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** |
| ERNESTO PECSON, ) | |
|     Defendant. ) | |

    The parties hereby stipulate as follows:

    1.    The parties are currently scheduled to appear on December 21, 2007 at 2:30 p.m. for disposition of the Form 12 pending before this Court. The Defendant has previously been sentenced in two other matters pending in this District (CR 06-457 VRW (77 months on two counts of unarmed bank robbery) and CR 02-40085-02 DLJ (12 months, consecutive, on a Form 12)).

    2.    A scheduling conflict has arisen for the Probation Officer on December 21, 2007, and counsel for the government will be out of the office on the following three Fridays.

    3.    The parties thus request that the Court continue the December 21, 2007 hearing to January 18, January 25, or February 1, 2008, at the convenience of the Court.

CR 04-40182 MJJ
STIP. & [PROP. ORDER]                        1

1
2  DATED: _____, 2007        Respectfully submitted,
3                                    SCOTT N. SCHOOLS
                                     United States Attorney
4
5
                                     _____
6                                    TRACIE L. BROWN
                                     Assistant United States Attorney
7
8  DATED: _____, 2007
9
10
                                     _____
11                                   CAMELLIA BARAY
                                     Attorney for Ernesto Pecson
12
13                        [~~PROPOSED~~] ORDER
14     Pursuant to the parties' stipulation, the hearing on the Defendant's pending Form 12 shall
15 be continued from December 21, 2007 at 2:30 p.m., to __02/07/08__, 2008 at ~~2:30 p.m.~~ 2:00 PM in San Francisco
16
17 DATED: __12/13__, 2007
18
                                     _____
19                                   THE HON. MARTIN J. JENKINS
                                     United States District Judge
20
21
22
23
24
25
26
27
28

CR 04-40182 MJJ
STIP. & [PROP. ORDER]            2